# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARO PISTACHIOS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> DAN ON FOODS CORPORATION, et al., <br><br>    Defendants. | Case No.  1:24-cv-00322-JLT-SAB <br><br> ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT PNC BANK, NATIONAL ASSOCIATION TO RESPOND TO INITIAL COMPLAINT <br><br> (ECF No. 9) <br><br> Deadline: June 7, 2024 |

On May 10, 2024, a second stipulation was filed to extend time for Defendant PNC Bank National Association to respond to the complaint.  (ECF No. 9.)  The parties' stipulation for an extension of time is HEREBY GRANTED and Defendant PNC Bank, National Association shall have until **June 7, 2024** to respond to the complaint.

IT IS SO ORDERED.

Dated:   **May 10, 2024**

UNITED STATES MAGISTRATE JUDGE