# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARO PISTACHIOS, INC., <br><br>Plaintiff, <br><br>v. <br><br>DAN ON FOODS CORPORATION, et al., <br><br>Defendants. | Case No. 1:24-cv-00322-JLT-SAB <br><br> ORDER RE SECOND EXTENSION OF TIME FOR DEFENDANT PNC BANK NATIONAL ASSOCIATION TO RESPOND TO COMPLAINT <br><br>(ECF No. 11) |

On June 5, 2024, the parties filed a stipulation for a second extension of time for Defendant PNC Bank National Association to file a response to the complaint in this matter.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant PNC Bank National Association shall file a responsive pleading on or before July 8, 2024.

IT IS SO ORDERED.

Dated:   **June 5, 2024**

UNITED STATES MAGISTRATE JUDGE

1