# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARO PISTACHIOS, INC., | Case No. 1:24-cv-00322-JLT-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| DAN ON FOODS CORPORATION, et al., | (ECF No. 16) |
| Defendants. | FORTY-FIVE DAY DEADLINE |

On July 2, 2024, a notice of settlement was filed informing the Court that Plaintiff Aro Pistachios, Inc. has reached a settlement with Defendant PNC Bank National Association. The parties have requested forty-five days in which to file dispositive documents.

Accordingly, it is HEREBY ORDERED that Plaintiff shall file dispositional documents within **forty-five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **July 3, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1