# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARO PISTACHIOS, INC., | Case No.  1:24-cv-0322-JLT-SAB |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PNC BANK NATIONAL ASSOCIATION AS A PARTY IN THIS ACTION |
| v. | |
| DAN ON FOODS CORPORATION, et al., | (ECF No. 20) |
| Defendants. | |

On August 20, 2024, a stipulation was filed to dismiss Defendant PNC Bank National Association as a party to this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action."). In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson, 111 F.3d at 692, and has been dismissed with prejudice.

///

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant PNC Bank National Association as a defendant in this action.

IT IS SO ORDERED.

Dated:   **August 20, 2024**

UNITED STATES MAGISTRATE JUDGE