# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARO PISTACHIOS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DAN ON FOODS CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:24-cv-0322-JLT-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>**OCTOBER 15, 2024 DEADLINE** |

    On October 1, 2024, the Court held an initial scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. (ECF No. 24.) The parties requested an early settlement conference before the undersigned. Given the undersigned is the assigned magistrate judge to this matter, the Court shall order the parties to file written conflict waivers.

    As agreed by the parties at the scheduling conference, the Court shall set a settlement conference on **November 18, 2024 at 11:00 a.m. in Courtroom 9** before Magistrate Judge Stanley A. Boone. Except for the parties given prior approval from the Court to appear by Zoom, **the parties are directed to appear in person.** The attorneys who will try the case shall appear **in person** at the settlement conference with the parties and the person or persons having **full and unlimited authority** to negotiate and settle the case.

    **No later than one week prior to the conference**, the parties shall submit their confidential settlement conference statements directly to Judge Boone's chambers via email to saborders@caed.uscourts.gov. Parties shall also file a Notice of Submission of Confidential Settlement Statement (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly

marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.

The confidential settlement statement shall include the following:

a. A brief statement of the facts of the case.

b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

d. The relief sought.

e. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

Should the case not settle at the settlement conference on November 18, 2024, the Court shall set all future dates in this action consistent with Rule 16.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file written conflict waivers to a settlement conference before the undersigned no later than **October 15, 2024**;

2. A settlement conference is set for **November 18, 2024 at 11:00 a.m. in Courtroom 9** before Magistrate Judge Stanley A. Boone; and

3. Confidential settlement conference statements shall be emailed directly to chambers no later than **seven (7) days** prior to the settlement conference.

IT IS SO ORDERED.

Dated: **October 1, 2024**

_____
UNITED STATES MAGISTRATE JUDGE