# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARO PISTACHIOS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN ON FOODS CORPORATION, a Vietnam Corporation; PNC BANK, NATIONAL ASSOCIATION, a Pennsylvania Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00322-JLT-SAB<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE<br><br>(Doc. 32) |

Considering Plaintiff's representation that all claims against all remaining Defendants have resolved by way of settlement and that the terms of the settlement have been satisfied, (Doc. 32), Plaintiff's request pursuant to Federal Rule of Civil Procedure 42(a)(2) that this action be dismissed in its entirety with prejudice, each party to bear its own fees and costs, is **GRANTED**.

Thus, the Court **ORDERS**.

1. This action is **DISMISSED** with prejudice.
2. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **December 1, 2025**

UNITED STATES DISTRICT JUDGE